Argued and submitted October 26, 2004, sentence vacated; remanded for resentencing; otherwise affirmed January 12, 2005

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL VINCENT PETTIT,
*Appellant.*

03C-40053; A121654

103 P3d 684

Rankin Johnson IV, Deputy Public Defender, argued the cause for appellant. With him on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Christina M. Hutchins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004).